THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>     vs.<br><br>JOSHUA KENNEDY,<br><br>           Defendant. | No. CR08-00354-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS 1 AND 2 TO KENNEDY'S RENEWED MOTION TO TERMINATE SUPERVISED RELEASE |

The Court, having considered Defendant's Motion to Seal, and finding good cause, hereby grants Defendant's Motion to Seal Exhibits 1 and 2 to the Renewed Motion to Terminate Supervised Release (Dkt. #230).

DATED this 9th day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1