THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA KENNEDY,<br><br>                Defendant. | No. CR08-00354-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS 1 AND 2 TO DEFENDANT'S THIRD MOTION TO TERMINATE SUPERVISED RELEASE |

The Court having considered Defendant's Motion to Seal Exhibits 1 and 2 to Defendant's Third Motion to Terminate Supervised Release, and finding good cause, hereby GRANTS the Motion to Seal (Dkt. #240). Exhibits 1 and 2 to Defendant's Third Motion to Terminate Supervised Release, filed under Dkt. #241, shall remain under seal.

DATED this 8th day of February, 2018.

*Richard A. Jones*
────────────────────
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
(206) 623-0291