HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA OSMUN KENNEDY,<br><br>Defendant. | Cause No. CR08-354RAJ<br><br>ORDER DENYING DEFENDANT'S THIRD MOTION TO TERMINATE SUPERVISED RELEASE |

THIS MATTER comes before the Court on defendant's third motion to terminate supervised release (Dkt. #239). The Government opposes defendant's motion, arguing that while the government commends defendant's continued progress, it is insufficient to show that the interest of justice would be served by shortening the term of supervised release. The Court again agrees with the government and adopts the reasoning set forth in the Court's previous order on defendant's renewed motion for termination of supervised release. Dkt. #238.

For these reasons, the defendant's third motion to terminate supervised release (Dkt. #239) is DENIED.

DATED this 14th day of February, 2018.

*Richard A. Jones*
―――――――――――――――
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S THIRD
MOTION TO TERMINATE SUPERVISED
RELEASE - 1