The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSHUA KENNEDY,<br><br>Defendant. | NO. CR08-354-RAJ<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, after considering the evidence and testimony presented by the parties, that the Defendant Joshua Kennedy has violated the terms of his supervised release by 1) failing to follow the Probation Officer's directive on or about December 16, 2020; and 2) failing to follow the Probation Officer's directive on or about December 26, 2020, HEREBY ORDERS that the terms of the Defendant's supervision shall remain in full effect and force, with the following additional conditions added:

> The defendant shall participate in a sexual deviancy evaluation conducted by a sexual deviancy treatment provider (other than Robert Hirsch), as directed and approved by the U.S. Probation Officer. The treatment provider shall be trained and experienced in the treatment of sexual deviancy, and follow the guideline practices established by the Association for the Treatment of Sexual Abusers (ATSA). The sexual deviancy

Order Continuing Terms of Supervision
(*United States v Kennedy*, CR08-354-RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

evaluation may include psychological and physiological testing, not to include plethysmograph. The defendant shall disclose all previous sex offender or mental health evaluations to the treatment provider. The defendant shall also contribute to the costs of the evaluation, according to his/her ability, as determined by the U.S. Probation Officer.

The defendant shall actively participate and make reasonable progress in a certified sexual deviancy treatment program (other than Robert Hirsch), as designated by the U.S. Probation Officer. The sexual deviancy treatment program shall follow the guideline practices established by the Association for the Treatment of Sexual Abusers (ATSA). The program shall offer individual and group sessions, and appropriate testing, to determine the defendant's patterns of sexual arousal, and to monitor the defendant's progress and compliance with treatment goals and conditions of supervision. The defendant shall disclose all previous sex offender or mental health evaluations to the treatment provider. The defendant shall also contribute to the costs of treatment, according to his/her ability, as determined by the U.S. Probation Officer.

The defendant shall be required to submit to periodic polygraph testing at the discretion of the probation office as a means to ensure that he or she is in compliance with the requirements of his or her supervision or treatment program. Polygraph testing may not exceed six tests per year.

DATED this 13th day of May, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Continuing Terms of Supervision
(*United States v Kennedy*, CR08-354-RAJ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970